**CRIS C. VAUGHAN** (SBN 99568)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
371 Nevada Street, #5338
Auburn, CA 95603
**Mailing Address:**
P.O. Box 5338
Auburn, CA 95604
Telephone: (833) 481-1245
cvaughan@adasolutionsgroup.com

Attorneys for Defendant, Tom Sarun

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Escobedo,**<br><br>    Plaintiff,<br><br> v.<br><br>**Giganova, L.P.; Tom Sarun,** dba Launderland; **Andy Moua,** dba Asian Kitchen; **Pada Ly Vang,** dba Pada Salon; **Jesus Maria Millan,** dba La Placita Restaurant;<br><br>    Defendants. | Case No.:  1:23-cv-01627-SKO<br><br>**STIPULATION EXTENDING TOM SARUN'S DEADLINE TO FILE FIRST RESPONSIVE PLEADING**<br><br>**(Doc. 16)**<br><br>**Complaint Served**:<br>12/14/23 (Sub-service)<br><br>**Current Response Due**:<br>1/16/24<br><br>**New Response Date**<br>2/12/24 |

Pursuant to the provisions of Local Rule 144(a), Plaintiff, Jose Escobedo, and Defendant, Tom Sarun, by and through their respective counsel, hereby stipulate that Tom Sarun may have an extension to February 12, 2024, to respond to Plaintiff's Complaint.  This stipulation is defendant's first extension and does not affect or alter any deadline previously set by Court order.

IT IS SO STIPULATED

Dated: January 15, 2024         VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                */s/ Cris C. Vaughan*
                                Cris C. Vaughan
                                Attorney for Defendant, Tom Sarun

Dated:  January 15, 2024        MOORE LAW FIRM, P.C.

                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff, Jose Escobedo

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 15, 2024        VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                */s Cris C. Vaughan*
                                Cris C. Vaughan

### ORDER

Based on the foregoing stipulation of the parties (Doc. 16), and for good cause shown, it is hereby ORDERED that the responsive pleading deadline for Defendant Tom Sarun is EXTENDED up to and including February 12, 2024.

IT IS SO ORDERED.

Dated:  **January 16, 2024**            */s/ Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE