UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>  Plaintiff,<br><br>  v.<br><br>GIGANOVA, L.P., et al.,<br><br>  Defendants. | No.  1:23-cv-01627 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DECLINING SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS<br><br>(Doc. 22) |

Jose Escobedo seeks to hold the defendants liable for violations of Title III of the Americans with Disabilities Act, California's Unruh Act, and California Health and Safety Code §§ 19955, 19959.  (Doc. 1.)  Following an order to show cause regarding jurisdiction, the assigned magistrate judge issued Findings and Recommendations, recommending the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss the claims without prejudice pursuant to 28 U.S.C. § 1367(c)(4).  (Doc. 22.)

The Findings and Recommendations were served on Plaintiff[1] on January 18, 2024.  The parties were informed any objections must be filed within 14 days of the date of service.  (Doc. 22 at 7.)  In addition, the parties were informed the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d

---

[1] Defendants Giganova, L.P, and Jesus Maria Millan have not appeared in this action and default was entered by the Clerk of Court. (Docs. 20, 25.)  The answering defendants were served with the Findings and Recommendations by mail on January 18, 2024.  (*See* Docket.)

834, 838-39 (9th Cir. 2014).)  No objections were filed, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(c), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 18, 2024 (Doc. 22) are **ADOPTED** in full.
2. The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's claims arising under California's Unruh Act and Health & Safety Code.
3. Plaintiff's claims for violations of the Unruh Act and Cal. Health & Safety Code § 19955 and § 19959 are **DISMISSED** without prejudice.
4. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 9, 2024**

UNITED STATES DISTRICT JUDGE