TYLER H. LESTER, ESQUIRE (#275950)
KIMBALL, TIREY & ST. JOHN LLP
2300 Clayton Rd., Ste. 1350
Concord, California 94520-2141
Telephone: (559) 401-3461
Facsimile: (925) 942-1694
Email: Tyler.Lester@kts-law.com

Attorneys for Defendant, Giganova, L.P.

MOORE LAW FIRM, P.C.
Tanya E. Moore (SBN 206683)
300 South First St. Suite 342
San Jose, CA 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

IN UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Jose Escobedo, | Case No. 1:23-cv-01627-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Giganova, L.P., Tom Sarun dba Launderland; Andy Moua dba Asian Kitchen; Pada Ly Vang dba Pada Salon; and Jesus Maria Millan dba La Placita Restaurant, | (Doc. 28) |
| Defendants. | |

In view of the parties' stipulation (Doc. 28), and good cause appearing, the default entered against Defendant, Giganova, L.P., (Doc. 25) is SET ASIDE. Defendant shall have ten (10) days to file and serve its Answer.

IT IS SO ORDERED.

Dated:   **February 21, 2024**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE