Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:23-cv-01627-JLT-SKO |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| GIGANOVA, L.P., et al., | **(Doc. 37)** |
| Defendants. | |

**WHEREAS**, Plaintiff, Jose Escobedo ("Plaintiff"), filed this action against Defendants, Giganova, L.P., Tom Sarun dba Launderland, Andy Moua dba Asian Kitchen, and Pada Ly Vang dba Pada Salon ("Defendants"), and defaulted defendant Jesus Maria Millan dba La Placita Restaurant, alleging violations of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.* ("ADA"), in which he seeks injunctive and declaratory relief, attorneys' fees, and costs against Defendants;

**WHEREAS**, Plaintiff also alleged claims under parallel California law, but the Court has declined to exercise supplemental jurisdiction over such claims and those claims were dismissed without prejudice (Dkt. 32);

1  **WHEREAS**, Plaintiff seeks to amend his complaint to identify a new defendant, Darshan Sidhu dba U-D Thai Restaurant, who Plaintiff has recently learned has taken over operation of the former Asian Kitchen restaurant that was previously operated by Defendant Andy Moua, and thus whose participation in this action is required in order for Plaintiff to obtain full injunctive relief;

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice the defendants, nor does the amendment in any way change the nature of the action;

**WHEREAS**, this amendment would not alter any dates or deadlines set by the Court; and

**WHEREAS**, based on Defendant Andy Moua's ("Moua") representation that he no longer owns or operates a business at the subject premises, and where Plaintiff's state law claims for damages arising from his visit to the business that was owned and operated by Moua have been dismissed by this Court without prejudice, Plaintiff's federal claims against Moua appear to be moot and the Parties accordingly agree to dismissal of Moua from this action without prejudice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties who have appeared in this Action, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A" with redlines showing the changes from the original Complaint, including deletion of the state law claims that were dismissed;

**IT IS FURTHER STIPULATED** that Plaintiff shall file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be due as required by the Federal Rules of Civil Procedure; and

**IT IS FURTHER STIPULATED** that <u>only</u> Defendant Andy Moua dba Asian Kitchen is dismissed from this action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure (a)(1)(A)(ii).

//
//

1     **IT IS SO STIPULATED.**

2     Dated: May 30, 2024                                     MOORE LAW FIRM, P.C.

                                                                 */s/ Tanya E. Moore*
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff,
                                                                  Jose Escobedo

Dated: May 30, 2024                                     GOLDEN LAW A.P.C.

                                                                  */s/ Rachelle Taylor Golden*
                                                                  Rachelle Taylor Golden
                                                                  Attorneys for Defendant,
                                                                  Giganova, L.P.

Dated: May 30, 2024                                     VAUGHAN & ASSOCIATES LAW
                                                                  OFFICE, APC

                                                                  */s/ Cris C. Vaughan*
                                                                  Cris C. Vaughan
                                                                  Attorneys for Defendant,
                                                                  Tom Sarun dba Launderland

Dated: June 4, 2024                                     */s/ Andy Moua*
                                                                  Andy Moua dba Asian Kitchen
                                                                  Pro Se Defendant

Dated: June 5, 2024                                     */s/ Pada Ly Vang*
                                                                  Pada Ly Vang dba Pada Salon
                                                                  Pro Se Defendant

### **ATTESTATION**

I attest that the original signature of each non-attorney whose electronic signature is shown above is maintained by me, and that their concurrence in the filing of this document and attribution of their signature was obtained.

                                                                  */s/ Tanya E. Moore*
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff,
                                                                  Jose Escobedo

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

**ORDER**

The Parties having stipulated (Doc. 37) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a redlined copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response shall be filed within the time required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **June 7, 2024**                                /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE