1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  1900 Camden Avenue, Suite 101
   San Jose, California  95124
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  service@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GIGANOVA, L.P., et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-01627-JLT-SKO<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT TOM SARUN DBA LAUNDERLAND; [PROPOSED] ORDER** |

WHEREAS, Plaintiff, Jose Escobedo ("Plaintiff"), wishes to dismiss Defendant Tom Sarun dba Launderland ("Sarun") from the above-captioned action pursuant to settlement with Sarun;

WHEREAS, Plaintiff has been unable to obtain a signed stipulation from all remaining parties to the action to dismiss Sarun pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

NOW, THEREFORE, Plaintiff hereby respectfully requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that **only Defendant Tom Sarun dba Launderland** be dismissed from the above-captioned action with prejudice.

Date: August 14, 2025                                              MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff
                                            Jose Escobedo

## ORDER

Pursuant to the request of Plaintiff, Jose Escobedo, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that <u>only</u> **Defendant Tom Sarun dba Launderland** is dismissed from the above-captioned action with prejudice.

IT IS SO ORDERED.

Dated:   **August 14, 2025**                                    _____
                                                                      UNITED STATES DISTRICT JUDGE