1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  1900 Camden Avenue, Suite 101
   San Jose, California 95124
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO, | No. 1:23-cv-01627-JLT-SKO |
| Plaintiff, | **REQUEST FOR DISMISSAL OF DEFENDANT GIGANOVA, L.P.; [PROPOSED] ORDER** |
| vs. | |
| GIGANOVA, L.P., et al., | |
| Defendants. | |

WHEREAS, Plaintiff, Jose Escobedo ("Plaintiff"), wishes to dismiss Defendant Giganova, L.P. ("Giganova") from the above-captioned action pursuant to settlement with Giganova;

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

NOW, THEREFORE, Plaintiff hereby respectfully requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that **only Defendant Giganova, L.P.** be dismissed from the above-captioned action with prejudice.

//

//

//

| | | |
|---|---|---|
| Date: September 8, 2025 | | MOORE LAW FIRM, P.C. |

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff
Jose Escobedo

## ORDER

Pursuant to the request of Plaintiff, Jose Escobedo, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that **only** **Defendant Giganova, L.P.** is dismissed from the above-captioned action with prejudice.

IT IS SO ORDERED.

Dated:   **September 8, 2025**

UNITED STATES DISTRICT JUDGE