**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO, | ) Case No.: 1:23-cv-1627 JLT SKO |
| Plaintiff, | ) ORDER ADOPTING IN FULL THE FINDINGS ) AND RECOMMENDATION DENYING |
| v. | ) PLAINTIFF'S MOTION FOR DEFAULT ) JUDGMENT WITHOUT PREJUDICE |
| PADA LY VANG dba Pada Salon, et al., | ) |
| Defendants. | ) (Docs. 69, 74) |

Jose Escobedo seeks to hold the defendants liable for violations of Title III of the Americans with Disabilities Act. (Doc. 1.) After the Court entered default against Darshan Sidhu (doing business as U-D Thai Restaurant) and Jesus Maria Millan (doing business as La Placita Restaurant) (Docs. 47, 48), Plaintiff filed a motion for default judgment against those defendants (Doc. 69). At this juncture, one non-defaulting, non-dismissed defendant remains: Pada Ly Vang (doing business as Pada Salon). Plaintiff has filed a motion for summary judgment on his claim against Vang, which is pending before the undersigned. (Doc. 68.)

On November 10, 2025, the assigned magistrate judge ordered Plaintiff to show cause why the motion for default judgment should not be denied without prejudice as to Sidhu for ineffective service and as to both defendants for failure to address Fed. R. Civ. P. 54(b), which permits final judgment against fewer than all of the parties in the action only if the court "expressly determines that there is no

1

just reason for delay"). (Doc. 72.) Plaintiff did not file any response, and the time to do so has passed.

On November 26, 2025, the assigned magistrate judge recommended that the motion for default judgment be denied without prejudice as to Sidhu for ineffective service and as to both defendants for failure to address Fed. R. Civ. P. 54(b), subject to being renewed upon establishing proper service and after Plaintiff's claim has been adjudicated or otherwise resolved as to Vang. (Doc. 74.) On December 30, 2025, the Court informed the parties that they must file any objections within 14 days. (Doc. 77.) In addition, the Court advised the parties "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). To date, no objections have been filed.

According to the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendation are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendation filed November 26, 2025 (Doc. 74) are **ADOPTED IN FULL**; and

2. Plaintiff's motion for default judgment (Doc. 69) is **DENIED** without prejudice as to Defendant Darshan Sidhu (doing business as U-D Thai Restaurant) for ineffective service and as to Defendants Sidhu and Jesus Maria Millan (doing business as La Placita Restaurant) for failure to address Fed. R. Civ. P. 54(b), subject to being renewed upon establishing proper service and after Plaintiff's claim has been adjudicated or otherwise resolved as to Defendant Pada Ly Vang (doing business as Pada Salon).

IT IS SO ORDERED.

Dated:   **January 22, 2026**

_____
UNITED STATES DISTRICT JUDGE

2